PACE v. PROVIDENT SAVINGS LIFE ASSUR. SOC.

(Circuit Court of Appeals, Fifth Circuit. January 14, 1902.)

No. 1,083.

LIFE INSURANCE—CONTRACT—HOW CREATED.

A receipt given by an agent of a life insurance company for the first premium on a policy cannot be held to have effected a contract of insurance contrary to a provision of the application, taken contemporaneously, that no contract should be created unless the application was accepted by the company.

Appeal from the Circuit Court of the United States for the Eastern Division of the Northern District of Mississippi.

J. R. Byrd & Olin C. Hunt, for plaintiff in error.
Edw. Mayes and J. B. Harris, for defendant in error.

Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The receipt for first premium, which is the basis of this suit, does not appear to have been given or issued by a duly-authorized agent of the Provident Life Assurance Society. If considered as issued by a duly-authorized agent, and to be a binding receipt of the company, still it must be construed in connection with the application and the statements therein, and held to effect insurance upon the life of the applicant only in case the application was thereafter accepted by the society.

The decree of the circuit court seems to be in accordance with the law and the facts of the case, and it is affirmed.